SCWC-15-0000464

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

MOLOKAI SERVICE'S INCORPORATED, a Hawai'i corporation,
Respondent/Plaintiff-Appellant,

vs.

PEARL A. HODGINS, FRIEL ENTERPRISES, INC., a Hawai'i corporation,
PAULINE L. CASTANERA, CORNWELL S. FRIEL, and GERALDINE M. SHAH,
Petitioners/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000464; CIV. NO. 14-1-0392)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioners/Defendants-Appellees' application for writ of certiorari, filed on June 25, 2018, is hereby accepted and will be scheduled for oral argument.  The parties will be notified by the appellate clerk regarding scheduling.

DATED:  Honolulu, Hawai'i, August, 20, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

